UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

CRIMINAL ACTION NO. 5:17-131-KKC

| | |
|---|---:|
| UNITED STATES OF AMERICA | PLAINTIFF |
| v. | **OPINION AND ORDER** |
| VINCENT CONICE BROWN | DEFENDANT |

\* \* \* \* \*

Defendant Vincent Conice Brown asks that that this Court recommend that he be placed in a Residential Reentry Center/Halfway House for the final 12 months of his sentence (DE 45). Brown is currently serving a 70-month sentence for being a felon in possession of a firearm.

Pursuant to 18 U.S.C. § 3624(c)(1), the director of the Bureau of Prisons must:

> to the extent practicable, ensure that a prisoner serving a term of imprisonment spends a portion of the final months of that term (not to exceed 12 months), under conditions that will afford that prisoner a reasonable opportunity to adjust to and prepare for the reentry of that prisoner into the community. Such conditions may include a community correctional facility

18 U.S.C.A. § 3624(c).

The BOP is the entity that designates the place of the prisoner's imprisonment. 18 U.S.C. § 3621(b). Nevertheless, among the factors that the BOP can consider in making that determination is any statement by the sentencing court concerning the purpose for which the sentence to imprisonment was determined to be warranted or recommending a type of penal or correctional facility as appropriate. 18 U.S.C. § 3621(b)(4).

The Court again commends Brown on his expressed willingness to take the actions necessary for a successful, meaningful, and responsible life upon his release from prison. Based upon the record before it, the Court has no objection to Brown being placed in a residential reentry center for the final 12 months of his sentence if the BOP finds that appropriate. Other than the letters Brown has written, however, the Court has no knowledge of Brown's behavior and actions while in BOP custody.

Accordingly, the Court hereby ORDERS that Brown's motion is GRANTED to the extent that he asks for a statement by the Court that, based upon the record before it, the Court has no objection to Brown being placed in a residential reentry center for the final 12 months of his sentence if the BOP finds that appropriate.

Dated January 13, 2021

KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY